IN THE UNITED STATES SOUTHERN DISTRICT COURT

JOHN DAVID RAGLAND
Petitioner
VS
CITY OF JACKSON, HINDS COUNTY
Respondents,

Cause NO. 04-1-260, 04-1-176, 04-1-274, 05-0-025.
3:18cv491-HTW-LRA

APPLICATION FOR WRIT OF HABEAS CORPUS CHALLENGING THE LEGALITY OF ARREST AND DETAINMENT PURSUANT TO 18 USCA 1983 IN VIEW OF FALSE ARREST AND CRUEL AND UNUSUAL PUNISHMENT.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 03 2018
ARTHUR JOHNSTON
BY ______ DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner JOHN DAVID RAGLAND ProSe in the above styled and numbered cause and hereby show to the Court the following:

I. Foremost, that his detainment is illegal and in violation of Civil Rights.
II. That, no true warrant accompanied arrest and Petitioner was arrested under false pretenses by the Jackson Police Dept. and currently held within custody of the Hinds County Detention Center: Raymond, MS.
III That, the current and illegal restraint is cruel and unusual.
IV And Petitioner herein demands his immediate release from custody.

Petitioner was sentenced to (99) Ninety-nine years within The Texas Dept. Of Criminal Justice about December 2004, and released on Texas parole October 17, 2018: extradited to his only pending felony detainer in Madison County, Mississippi. And subsequently released from Central MS Correctional Facility April 16, 2018 to resume his Texas parole via Interstate Compact in Jackson, MS.

On June 07, 2018 Petitioner was arrested by the Jackson Police Dept. for "burglary" and transported to the Jackson City Jail and thence informed he was under arrest for (4) four 2004 "armed robberies".

Petitioner herein alleges there were no valid warrant to justify arrest, for the 2004 detainers had long since been dismissed prior to release from Texas parole, and therefore his current detainment is illegal and the restraint cruel and unusual.

Petitioner was served (4) four indictments for armed

robbery June 08, 2018 which to date, he have yet to be Arraigned.

About October 08, 2018, prior to release on Texas parole, Petitioner was taken before Judicial Officer(s) in Walker, Texas for extradition purposes, and duly informed that he would have only (1) one pending felony detainer in Madison County, Mississippi upon extradition. Further, Petitioner was released from Central MS Correctional Facility to resume his Texas parole with no pending felony detainers in Jackson, MS.

WHEREFORE PREMISES CONSIDERED, Petitioner prays this Court will grant this motion, and demand his immediate release from custody.

## DECLARATION

Petitioner JOHN DAVID RAGLAND ~~hes~~ hereby swears beneath the penalty of perjury that all foregoing information is true and correct.

Respectfully Submitted
This 30th day of June, 2018.

John David Ragland #770C004819
[signature]

robbery June 08, 2018 ; To date Petitioner has yet to be Arraigned.